ACCEPTED
03-14-00643-CV
7742754
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 12:43:05 PM
JEFFREY D. KYLE
CLERK

# Jon Michael Smith

### Attorney

3305 Northland Drive
Suite 500
Austin, Texas 78731

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

11/9/2015 12:43:05 PM
JEFFREY D. KYLE
Clerk

512.371.1006
512.476.6685 (fax)

www.jonmichaelsmith.com
jon@jonmichaelsmith.com

November 9, 2015

*Via Electronic Filing*

Third Court of Appeals
209 W 14th St.
Austin, TX 78701

> RE: Cause No. 03-14-00643; Monte Montgomery v. Monty Hitchcock, in the Court of Appeals for the Third District of Texas, Austin, Texas.

Dear Clerk,

Please be advised that Mr. Jon Michael Smith will be on vacation beginning **Thursday, December 24, 2015 and returning Monday, January 4, 2016.**

He therefore requests that no settings, hearings, depositions, deadline matters, or matters requiring a response be delivered and/or scheduled during that time in the above-referenced cause of action.

Please filemark this letter. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Tanner Walker
Assistant to Jon Michael Smith

CC:
Steven R. Samples     **Via Fax 855-605-1505**
Samples Law Group
2605 Airport Freeway
Suite 100
Fort Worth, Texas 76111